## EX PARTE BELLEVUE HIGHLANDS LAND CO.

(Decided January 20, 1916.)

CERTIORARI to Court of Appeals.

GOODHUE & BRINDLEY, for appellant. McCORD & DAVIS, for appellee.

MAYFIELD, J.—Petition by Bellevue Highlands L. Co., et al., for certiorari to Court of Appeals to review the judgment of the Court of Appeals in the case of *Hart, et al. v. Jones*, 14 Ala. App., 70 South. 206. Writ denied.

ANDERSON, C. J.; SOMERVILLE and THOMAS, JJ., concur.

---

## EX PARTE BRYANT v. THE STATE.

(Decided February 10, 1916.)

CERTIORARI to Court of Appeals.

SMITH & WILKINSON, for appellant. W. L. MARTIN, Attorney General, for the State.

THOMAS, J.—Certiorari to Court of Appeals to review the opinion in that court in the case of *Bryant v. State*, 14 Ala. App., 70 South. 961. Writ denied.

ANDERSON, C. J., MAYFIELD and SOMERVILLE, JJ., concur.

---

## EX PARTE INGRAM v. THE STATE.

(Decided November 25, 1915.)

CERTIORARI to Court of Appeals.

E. H. HILL, LEE & TOMPKINS, and ESPY & FARMER, for appellant. W. L. MARTIN, Attorney General, for the State.

McCLELLAN, J.—Petition of Malcolm Ingram for certiorari to Court of Appeals to review the decision of that court in the case of *Ingram v. State*, 13 Ala. App. 147, 69 South. 976. Writ denied.

ANDERSON, C. J., SAYRE and GARDNER, JJ., concur.